UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Michael Vazquez and Laura Vazquez, Debtors,

Case No.: 19-11560 (RG)  
Chapter: 7  
Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella, USBJ__ on ____April 2, 2019____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 46 Ella Street<br>Bloomfield, NJ 07003<br>$352,000.00 as per information provided by Debtors |
|---|---|

| Liens on property: | Mortgage in the amount of $447,667.36. |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee  
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039  
Telephone No.: 973-422-1100

*rev.8/1/15*

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                 Case No. 19-11560-RG
Michael Vazquez                                                        Chapter 7
Laura Vazquez
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2           Date Rcvd: Feb 25, 2019
                              Form ID: pdf905              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db/jdb         +Michael Vazquez,    Laura Vazquez,    46 Ella Street,    Bloomfield, NJ 07003-4718
517987938      +BAC Home Loans Serv LP,    4909 Savarese Circle,    Tampa, FL 33634-2413
517987939       Bank of America,    DE5-019-03-07,    4060 Ogletown/Stanton Rd,    Newark, DE 19714
517987940      +Bank of America, NA,    450 American Street,    Simi Valley, CA 93065-6285
517987941      +Barclays Bank Delware,    PO Box 8803,    Wilmington, DE 19899-8803
517987942      +Capital One,    POB 978,    Wood Dale, IL 60191-0978
517987943       Capital One,    POB978,    Wood Dale, IL 60191
517987944      +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
517987945      +Chase Card,    201 N Walnut St/DE1-1027,    Wilmington, DE 19801-2901
517987946       CitiBank,    PO Box 9001037,    Louisville, KY 40290-1037
517987947       CitiBank,    PO Box 9001037,    Sebago, ME 04029-1037
517987949      +DFS/Webbank,    PO BOX 81607,    Austin, TX 78708-1607
517987950      +GMAC Mortage,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
517987951      +GMFNANCIAL,    POB 181145,    Arlington, TX 76096-1145
517987954      +Loan Depot,    26642 Towne Centre Dr,    Cenlar FDB,    Foothill Ranch, CA 92610-2808
517987955      +Loan Depot Mortgage,    PO Box 77404,    Trenton, NJ 08628-6404
517987957       Nationstar DBA Mr. Cooper,    PO Box 199111,    Dallas, TX 75235
517987958       PNC,    PO Box 856177,    Louisville, KY 40285-6177
517987959      +PNC Bank, NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
517987961      +PR Telephone Co,    PO Box 70367,    San Juan, PR 00936-8367
517987962       Prosper Funding Loan,    221 Main Street, Suit 300,    Daly City, CA 94015
517987963      +Prosper Marketplace Inc,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
517987964      +Sunoco/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517987970      +Vacation Village,    3001 Parkway Blvd,    Kissimmee, FL 34747-4547
517987971      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
517987972      +Wells Fargo Bank Auto,    PO Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 26 2019 00:38:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 26 2019 00:38:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:49
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517987948      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2019 00:38:24      Comenity Bank/Dots,
                 PO Box 182789,    Columbus, OH 43218-2789
517987952      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 26 2019 00:39:32
                 JH Portfolio Debt Equities,    5757 Phantom Dr, Suite 225,    JH Capital Group,
                 Hazelwood, MO 63042-2429
517987953      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 26 2019 00:39:32
                 JH Portfolio Debt Equities LLC,    5757 Phanton Drive, Suite 225,    JH Capital Group,
                 Hazelwood, MO 63042-2429
517987956       E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:42:19      Modell's,    PO Box 960014,
                 Orlando, FL 32896-0014
517987960       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2019 00:42:25
                 Portfolio Recovery Associates,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
517987965       E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:48      SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-0061
517987966      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:48      SYNCB/JC Pennys,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
517987967      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:48      SYNCB/MODELL DC,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
517987968      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:48      SYNCB/PC Richards,
                 PO Box 965036,    Orlando, FL 32896-5036
517987969      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:48      SYNCB/TJX,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
517990118      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2019 00:41:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2        User: admin              Page 2 of 2          Date Rcvd: Feb 25, 2019
                            Form ID: pdf905          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
          Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Eric Raymond Perkins    eperkins@mdmc-law.com,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Joseph A. Fortunato    on behalf of Debtor Michael  Vazquez josephfortunato@verizon.net
          Joseph A. Fortunato    on behalf of Joint Debtor Laura  Vazquez josephfortunato@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor    LoanDepot.com, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```