Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11560−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Vazquez
46 Ella Street
Bloomfield, NJ 07003

Laura Vazquez
46 Ella Street
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−0360

xxx−xx−3787

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/8/19 at 10:00 AM

to consider and act upon the following:

15 − Motion for Relief from Stay re: 46 Ella Street, Bloomfield NJ 07003. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of LoanDepot.com, LLC. Hearing scheduled for 4/2/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Affidavit # 2 Exhibit Loan Documents # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (Carlon, Denise)

Dated: 3/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court