Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−11560−RG
    Chapter: 7
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Vazquez                                Laura Vazquez
   46 Ella Street                                        46 Ella Street
   Bloomfield, NJ 07003                   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−0360                                      xxx−xx−3787

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/8/19 at 10:00 AM

to consider and act upon the following:

*15* − Motion for Relief from Stay re: 46 Ella Street, Bloomfield NJ 07003. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of LoanDepot.com, LLC. Hearing scheduled for 4/2/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Affidavit # 2 Exhibit Loan Documents # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (Carlon, Denise)

Dated: 3/22/19

                                                             Jeanne Naughton
                                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11560-RG
Michael Vazquez                                                       Chapter 7
Laura Vazquez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 22, 2019
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db/jdb        #+Michael Vazquez,    Laura Vazquez,    46 Ella Street,    Bloomfield, NJ 07003-4718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:27:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LoanDepot.com, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Joseph A. Fortunato    on behalf of Joint Debtor Laura   Vazquez josephfortunato@verizon.net
              Joseph A. Fortunato    on behalf of Debtor Michael   Vazquez josephfortunato@verizon.net
              Rebecca Ann Solarz    on behalf of Creditor    LoanDepot.com, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7