Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11560−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Vazquez
46 Ella Street
Bloomfield, NJ 07003

Laura Vazquez
46 Ella Street
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−0360

xxx−xx−3787

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 10, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 15
Order Granting Motion For Relief From Stay re: 46 Ella Street, Bloomfield, NJ 07003 (Related Doc # 15). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/9/2019. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 10, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Vazquez  
Laura Vazquez  
      Debtors

Case No. 19-11560-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                  Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db/jdb     #+Michael Vazquez,   Laura Vazquez,   46 Ella Street,   Bloomfield, NJ 07003-4718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 23:29:08  
        Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021  
                                                                                                                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    LoanDepot.com, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
       Eric Raymond Perkins     eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
       Joseph A. Fortunato    on behalf of Joint Debtor Laura  Vazquez josephfortunato@verizon.net  
       Joseph A. Fortunato    on behalf of Debtor Michael  Vazquez josephfortunato@verizon.net  
       Rebecca Ann Solarz    on behalf of Creditor    LoanDepot.com, LLC rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                    TOTAL: 7