Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–11560–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Vazquez | Laura Vazquez |
| 46 Ella Street | 46 Ella Street |
| Bloomfield, NJ 07003 | Bloomfield, NJ 07003 |

Social Security No.:
  xxx–xx–0360                              xxx–xx–3787

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Eric Raymond Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 30, 2019                    Rosemary Gambardella
                                         Judge, United States Bankruptcy Court