| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael Vazquez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0360<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Laura Vazquez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3787<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–11560–RG | | |

## Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Vazquez                                                 Laura Vazquez

_4/30/19_                                            **By the court:**   _Rosemary Gambardella_
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318   **Order of Discharge**   page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-11560-RG
Michael Vazquez                                                                     Chapter 7
Laura Vazquez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Apr 30, 2019
                              Form ID: 318             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
```
db/jdb         #+Michael Vazquez,    Laura Vazquez,    46 Ella Street,    Bloomfield, NJ 07003-4718
517987938      +BAC Home Loans Serv LP,    4909 Savarese Circle,    Tampa, FL 33634-2413
517987942      +Capital One,    POB 978,    Wood Dale, IL 60191-0978
517987943       Capital One,    POB978,    Wood Dale, IL 60191
517987944      +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
517987946       CitiBank,    PO Box 9001037,    Louisville, KY 40290-1037
517987947       CitiBank,    PO Box 9001037,    Sebago, ME 04029-1037
517987950      +GMAC Mortage,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
517987951      +GMFNANCIAL,    POB 181145,    Arlington, TX 76096-1145
517987954      +Loan Depot,    26642 Towne Centre Dr,    Cenlar FDB,    Foothill Ranch, CA 92610-2808
517987955      +Loan Depot Mortgage,    PO Box 77404,    Trenton, NJ 08628-6404
517987957       Nationstar DBA Mr. Cooper,    PO Box 199111,    Dallas, TX 75235
517987958       PNC,    PO Box 856177,    Louisville, KY 40285-6177
517987959      +PNC Bank, NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
517987961      +PR Telephone Co,    PO Box 70367,    San Juan, PR 00936-8367
517987962       Prosper Funding Loan,    221 Main Street, Suit 300,    Daly City, CA 94015
517987963      +Prosper Marketplace Inc,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
517987964      +Sunoco/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517987970      +Vacation Village,    3001 Parkway Blvd,    Kissimmee, FL 34747-4547
517987971      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 23:59:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 23:59:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM May 01 2019 03:18:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517987939       EDI: BANKAMER.COM May 01 2019 03:18:00      Bank of America,    DE5-019-03-07,
                 4060 Ogletown/Stanton Rd,    Newark, DE 19714
517987940      +EDI: BANKAMER.COM May 01 2019 03:18:00      Bank of America, NA,    450 American Street,
                 Simi Valley, CA 93065-6285
517987941      +EDI: TSYS2.COM May 01 2019 03:18:00      Barclays Bank Delware,    PO Box 8803,
                 Wilmington, DE 19899-8803
517987945      +EDI: CHASE.COM May 01 2019 03:23:00      Chase Card,    201 N Walnut St/DE1-1027,
                 Wilmington, DE 19801-2901
517987948      +EDI: WFNNB.COM May 01 2019 03:18:00      Comenity Bank/Dots,    PO Box 182789,
                 Columbus, OH 43218-2789
517987949      +EDI: RCSDELL.COM May 01 2019 03:18:00      DFS/Webbank,    PO BOX 81607,    Austin, TX 78708-1607
517987952      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 01 2019 00:00:49
                 JH Portfolio Debt Equities,    5757 Phantom Dr, Suite 225,    JH Capital Group,
                 Hazelwood, MO 63042-2429
517987953      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 01 2019 00:00:49
                 JH Portfolio Debt Equities LLC,    5757 Phanton Drive, Suite 225,    JH Capital Group,
                 Hazelwood, MO 63042-2429
517987956       EDI: RMSC.COM May 01 2019 03:18:00      Modell's,    PO Box 960014,    Orlando, FL 32896-0014
517987960       EDI: PRA.COM May 01 2019 03:18:00      Portfolio Recovery Associates,
                 120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
517987965       EDI: RMSC.COM May 01 2019 03:18:00      SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-0061
517987966      +EDI: RMSC.COM May 01 2019 03:18:00      SYNCB/JC Pennys,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
517987967      +EDI: RMSC.COM May 01 2019 03:18:00      SYNCB/MODELL DC,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
517987968      +EDI: RMSC.COM May 01 2019 03:18:00      SYNCB/PC Richards,    PO Box 965036,
                 Orlando, FL 32896-5036
517987969      +EDI: RMSC.COM May 01 2019 03:18:00      SYNCB/TJX,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
517990118      +EDI: RMSC.COM May 01 2019 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517987972      +EDI: WFFC.COM May 01 2019 03:18:00      Wells Fargo Bank Auto,    PO Box 29704,
                 Phoenix, AZ 85038-9704
                                                                                               TOTAL: 20
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2              User: admin                   Page 2 of 2                  Date Rcvd: Apr 30, 2019
                                  Form ID: 318                  Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    LoanDepot.com, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Eric Raymond Perkins    eperkins@mdmc-law.com,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Joseph A. Fortunato    on behalf of Debtor Michael  Vazquez josephfortunato@verizon.net
          Joseph A. Fortunato    on behalf of Joint Debtor Laura  Vazquez josephfortunato@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor    LoanDepot.com, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```